RECEIVED
IN ALEXANDRIA
FEB 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KEVEN L. WYRICK<br>FED. REG. NO. 08724-045 | CIVIL ACTION NO. 06-2259 |
| VS. | SECTION P<br>JUDGE DRELL |
| FREDRICK MENIFEE, WARDEN | MAGISTRATE JUDGE KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus (28 U.S.C. §2241) be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 26TH day of February, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE